# Third District Court of Appeal

## State of Florida

Opinion filed May 18, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1659
Lower Tribunal No. 20-4265
_____

**City of Miami**,
Appellant,

vs.

**Ricardo Realin,**
Appellee.

An appeal from a non-final order from the Circuit Court for Miami-Dade County, Vivianne del Rio, Judge.

Hamilton, Miller & Birthisel, LLP, Michael J. Dono, and Jonathan H. Dunleavy, for appellant.

Wasson & Associates, Chartered, Annabel C. Majewski, The Hevia Law Firm, and Anthony C. Hevia, for appellee.

Before FERNANDEZ, C.J., and LINDSEY, and MILLER, JJ.

PER CURIAM.

Affirmed.